IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:90-cr-01036-MP

ROBERT REE SMITH,

   Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 372, Motion to Rule 60(b)(4) by Robert Ree Smith. Despite the name given the motion by Mr. Smith, he is simply collaterally attacking his conviction. Accordingly, such an attack must be in the form of motion under 28 U.S.C. § 2255, and Mr. Smith has already had such a petition denied. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at doc. 372 is denied.

**DONE AND ORDERED** this _26th_ day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge