IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                             CASE NO. 1:90-cr-01036-MP

ROBERT REE SMITH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 374, Mr. Smith's motion to alter the order entered at Doc. 372. Nothing in the motion justifies altering the conclusion that Mr. Smith's previous motion was an attempt to file a successive § 2255 petition. Accordingly, the Order at doc. 372 should not be altered, and the motion to alter, Doc. 374, is denied.

**DONE AND ORDERED** this  *21st*   day of June, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge