IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:90-cr-01036-MP

ROBERT REE SMITH,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 383, Motion to Appoint Counsel, amended at doc. 384.  This Court has previously denied various motions for relief from judgment, to clarify, to modify sentence, to alter judgment, etc., by Mr. Smith, all of which in reality are attempts to bring successive § 2255 motions attacking his sentence.  (See docs. 304,320,342,353,360,365,370,372,374,376,377, and 379). The Court finds that the current motion, as amended, is - to quote the Eleventh Circuit mandate at doc. 346, "frivolous or duplicative of arguments and motions already heard before this Court."  Doc. 346, p. 10, n2. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The motions at doc. 383 and 384 are denied.  The Clerk's Office is directed to not accept for filing any motions by Mr. Smith unless such motions allege that Mr. Smith faces imminent physical harm.

    **DONE AND ORDERED** this  *9th*   day of October, 2007

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge