IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                        CASE NO. 1:90-cr-01036-MP -GRJ

ROBERT REE SMITH,

    Defendant.

_____/

# **O R D E R**

This matter is before the Court on Doc. 430, Plaintiff's Motion Pursuant to Rule 60(b)(6) of the Federal of Civil Procedure to Vacate its Judgment and Re-open His Motion for Post-Conviction Relief. In this motion, Mr. Smith argues that the district court did not consider three issues that he raised: (1) that his conviction and sentence were "Violations of the Ex-Post-Facto-Law"; (2) that he was actually innocent of having violated any of the drug laws, anytime, after April 8, 1987, and (3) that the question of whether he had withdrawn from or abandoned the conspiracy before November, 1987, should have been submitted to a jury.

In the order at Doc. 303, pages 2-6, the Court thoroughly considered and rejected Mr. Smith's argument that he withdrew from the conspiracy prior to November 2, 1987. Accordingly, the Court has addressed and rejected arguments (1) and (2) above. Issue (3) above essentially argues that a fact used by the sentencing court to increase his sentence beyond what otherwise would be the statutory maximum should have been alleged in the indictment and proved beyond a reasonable doubt to the jury as fact finder. This is essentially an Apprendi[1] argument, but Apprendi does not apply on collateral review. McCoy v. United States, 266 F.3d

---

[1] Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

1245, 1256-58 (11th Cir.2001), cert. denied, 536 U.S. 906, 122 S.Ct. 2362, 153 L.Ed.2d 183 (2002) (<u>Apprendi</u> established a new procedural rule which did not apply retroactively on collateral review).  Accordingly, the latest motion to vacate, Doc. 430, is denied.

    **DONE AND ORDERED** this <u>*4th*</u> day of May, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
