IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.       CASE NO. 1:90-cr-01036-MP-GRJ-1

ROBERT REE SMITH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 444, Motion for Leave to Appeal in Forma Pauperis and Motion for Certificate of Appealability, filed by Defendant Robert Ree Smith with regard to the Notice of Appeal at Doc. 441. In the order being appealed, Doc. 438, the Court noted that the case Mr. Smith is relying upon – <u>United States v. O'Brien</u>, 130 S.Ct. 2169 (2010) – has not been made retroactively applicable by the Supreme Court. Likewise, in a recent order in this case from the Eleventh Circuit, that court stated, "Smith's claims do not meet the 28 U.S.C. § 2255(h) criteria because, as he concedes, *O'Brien* has not been made retroactive by the Supreme Court." <u>Order from USCA</u>, Doc. 440 p. 2.

Under Fed. R. App. P. 24(1), a party seeking to proceed *in forma pauperis* on appeal must file a motion with the district court, and the Court, under Fed. R. App. P. 24(a)(4) may certify that the appeal is not taken in good faith and for that reason deny the motion to proceed *in forma pauperis*. Because the Eleventh Circuit has already indicated that *O'Brien* has not been made retroactively applicable, the Court hereby certifies that the appeal is not taken in good faith. The motion to proceed *in forma pauperis* on appeal is therefore denied. For the reasons

stated above, the Court also finds that Petitioner fails to make a substantial showing of the denial of a constitutional right, and the issues are not adequate enough to deserve encouragement to proceed further.  Accordingly, no certificate of appealability is appropriate in this case.   It is hereby

**ORDERED AND ADJUDGED:**

Doc. 444, the motion to proceed on appeal *in forma pauperis* and for a certificate of appealability, is denied.

**DONE AND ORDERED** this  *24th*   day of June, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge